NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NEIL L. WHITESELL; NLW HOLDINGS,   )
LLC; WHITESELL CORPORATION; and    )
WHITESELL PRECISION COMPONENTS, )
INC.                               )
                                   )
        Appellants,                )
                                   )
v.                                 )          Case No. 2D16-3471
                                   )
BAYERISCHE MOTOREN WERKE           )
AKTIENGESELLSCHAFT; WHITESELL      )
FORMED COMPONENTS, INC.; and       )
WHITESELL CANADA CORPORATION,      )
                                   )
        Appellees.                 )
_____)

Opinion filed February 28, 2018

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Steve I. Silverman, Alan J. Kluger, Erin E.
Bohannon, and Christina M. Himmel of
Kluger, Kaplan, Silverman, Katzen &
Levine, P.L., Miami; and Alex Figares and
Edmond E. Koester of Coleman,
Yovanovich & Koester, P.A., Naples; and
Lewis J. Liman and Thomas J. Moloney
of Cleary Gottlieb Steen & Hamilton LLP,
New York, New York, for Appellants.

Nicholas P. Mizell, Edward K. Cheffy, and
Maria Vigilante of Cheffy Passidomo, P.A.,
Naples; and George Zimmerman, Jonathan
L. Frank, Colm P. McInerney, and Julie E.
Cohen, of Skadden, Arps, Slate, Meagher

& Flom LLP, New York, New York, for
Appellee Bayerische Motoren Werke
Aktiengesellschaft.

No appearance for remaining Appellees.

PER CURIAM.


Affirmed.


LaROSE, C.J., and CASANUEVA and BLACK, JJ., Concur.